UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF WEST VIRGINIA

In re: Ware, Michael Edward &  § Case No. 1:10-01181
     Lisa Miller § 
 § 
Debtor(s) § 

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Thomas H. Fluharty, Trustee_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
P.O. Box 70
Wheeling, WV 26003-0070

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

All funds under $5.00 will be paid to the U.S. Bankruptcy Court.

Date Mailed: 9 / 7 /2011_____   By: /s/ Toni Sidon_____

Thomas H. Fluharty, Trustee
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832
thfaal@aol.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF WEST VIRGINIA

In re: Ware, Michael Edward &     §   Case No. 1:10-01181
       Lisa Miller                                   §
                                                   §
Debtor(s)                                §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,000.29 |
| *and approved disbursements of* | $ 44.18 |
| *leaving a balance on hand of* [1] | $ 9,956.11 |
| **Balance on hand:** | **$ 9,956.11** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,956.11 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Thomas H. Fluharty, Trustee | 1,750.03 | 0.00 | 1,750.03 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,750.03 |
| Remaining balance: | $ 8,206.08 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 8,206.08 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

Case 1:10-bk-01181   Doc 36   Filed 09/07/11   Entered 09/07/11 08:10:09   Desc Main
UST Form 101-7-NFR (10/1/2010)   Document   Page 2 of 4
Case 1:10-bk-01181   Doc 42   Filed 10/17/11   Entered 10/17/11 13:10:24   Desc Main
Document   Page 2 of 6

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 8,206.08

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 702,218.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment | Corrected |
|---|---|---|---|---|---|
| 1 | BB&T | 19,124.66 | 0.00 | ~~223.49~~ | 223.49 |
| 2 | BB&T | 14,215.39 | 0.00 | ~~166.12~~ | 166.12 |
| 3 | BB&T | 9,256.10 | 0.00 | ~~108.17~~ | 108.17 |
| 4 | Suburban Propane | 3,223.99 | 0.00 | ~~37.68~~ | 37.68 |
| 5 | BB&T | 104,171.38 | 0.00 | ~~1,217.34~~ | 1217.35 |
| 6 | Chase Bank USA, N.A. | 508.28 | 0.00 | ~~5.94~~ | 5.94 |
| 7 | Chase Bank USA, N.A. | 206.60 | 0.00 | ~~2.41~~ | 2.41 |
| 8 | Fia Card Services, NA | 40,751.01 | 0.00 | ~~476.21~~ | 476.22 |
| 9 | Fia Card Services, NA | 222.46 | 0.00 | ~~2.60~~ | 2.60 |
| 10 | Fia Card Services, NA | 947.16 | 0.00 | ~~11.07~~ | 11.07 |
| 11 | Huntington National Bank | 499,206.93 | 0.00 | ~~5,833.69~~ | 5833.75 |
| 12 | Capital One Bank (USA), N.A. | 10,384.98 | 0.00 | ~~121.36~~ | 121.36 |

Total to be paid for timely general unsecured claims: $ 8,206.08
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Thomas H. Fluharty, Trustee
Trustee

Thomas H. Fluharty, Trustee
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832
thfaal@aol.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Patrick M. Flatley
United States Bankruptcy Judge
Dated: Tuesday, October 11, 2011 3:15:20 PM

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re:

Ware, Michael Edward  Case No.: 10-01181
Ware, Lisa Miller  Chapter 7

      Debtors

## ORDER APPROVING PROFESSIONAL FEES AND EXPENSES

The Court having considered the fee applications filed in the above-styled matter, and notice having been sent to the entire creditor body and there being no objections filed thereto, the Court is of the opinion that the fees and expenses as set out below should be paid by the Chapter 7 Trustee, as follows:

ADMINISTRATIVE EXPENSES - CHAPTER 7

Thomas H. Fluharty, Trustee.................................................................$1,750.03
    Trustee Fees

    It is accordingly **ORDERED**.

Prepared by:
Thomas H. Fluharty, Trustee
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re: Ware, Michael Edward  
      Ware, Lisa Miller

Bk. No.: 10-01181  
Chapter 7  
Liquidation

Debtors

## TRUSTEE'S REQUEST FOR VERIFICATION OF OBJECTIONS TO FINAL REPORT AND PROPOSED DISTRIBUTION

The undersigned Trustee requests that the Clerk verify whether or not there were any objections filed to the Final Report and proposed distribution of the estate of the above-styled debtor.

Notice was mailed to all creditors on _____September 7, 2011_____.

The last day to object to the notice was _____September 28, 2011_____.

Dated: September 28, 2011

/s/ Thomas H. Fluharty  
Thomas H. Fluharty, Trustee

This form is to be filed in duplicate.

## CLERK'S VERIFICATION OF OBJECTIONS

__X__ There are no objections filed to the Final Report or proposed distribution of this estate.

____ The following objections to the Final Report or proposed distribution were filed as indicated:

| Filed Date | Event | Filer | Doc-No. |
| --- | --- | --- | --- |

The objections will be scheduled for hearing as soon as the Court's calendar permits.

Dated: 10/3/2011

Ryan Johnson, Clerk

/s/ Toni Sidon  
Deputy Clerk  
Forward copy to United States Trustee

Case 1:10-bk-01181    Doc 39    Filed 10/03/11    Entered 10/03/11 09:09:37    Desc Main
Document      Page 1 of 1